# EXHIBIT 1





# CATALOG

**SOLD OUT**





**SALE**





**SOLD OUT**




SOLD OUT　　　　　　　　　　　　　　　　　　SOLD OUT




SALE




SALE










SALE

SOLD OUT
SOLD OUT

California State Flag 'Murdered' PVC Patch Morale Patch® Armory
If Found Dead PVC Patch Morale Patch® Armory

Just The Tip PVC PVC Patch Morale Patch® Armory
Thin Blue Line American Flag PVC Patch Morale Patch® Armory

Texas Flag Blackout PVC Patch Morale Patch® Armory
SOLD OUT
Nice Try OSI Sublime Patch Morale Patch® Armory
SOLD OUT

SOLD OUT

×

College Enlisted PVC Patch Morale Patch® Armory

Military Police PVC Patch Morale Patch® Armory Black

1 2 3 … 8 →

## QUICK LINKS

| | |
|---|---|
| About Us | Privacy Statement |
| Help Center | Terms of Service |
| Shipping Options | Fair Use Policy/DMCA |
| Order Status | Sitemap |
| Refund Policy | |

## CONTACT US

333 East 10th Street

Dubuque, IA 52001

contact@moralepatcharmory.com

## SIGN UP TO OUR MAILING LIST

Your email     JOIN

## CONNECT WITH US

f  t  p  i  g+  yt  in  ••  v  t



  

# CATALOG

SOLD OUT





SALE



SOLD OUT



SALE
















SALE



SOLD OUT

SOLD OUT







SALE





SALE

SOLD OUT













SALE

Security Forces Badge Embroidered Patch Morale Patch® Armory Brown

Whiskey Tango Foxtrot PVC Patch Morale Patch® Armory

Run Your Gun, Not Your Mouth PVC Patch Morale Patch® Armory

Don't Tread On Me Embroidered Patch Morale Patch® Armory Yellow

← 1 2 3 4 ... 8 →

## QUICK LINKS

| About Us | Privacy Statement |
| Help Center | Terms of Service |
| Shipping Options | Fair Use Policy/DMCA |
| Order Status | Sitemap |
| Refund Policy | |

## CONTACT US

333 East 10th Street

Dubuque, IA 52001

contact@moralepatcharmory.com

## SIGN UP TO OUR MAILING LIST

[Your email] **JOIN**

## CONNECT WITH US

f  twitter  pinterest  instagram  g+  youtube  linkedin  flickr  vimeo  tumblr



© COPYRIGHT 2020, MORALE PATCH® ARMORY MORALE PATCH™ IS A REGISTERED TRADEMARK. UNAUTHORIZED USE IS STRICTLY PROHIBITED.
POWERED BY YOU, SHOPIFY, VETERANS AND MORALE PATCH™ ARMORY, LLC POWERED BY SHOPIFY WITH MORALE PATCHES

DMCA PROTECTED

  

# CATALOG

SALE

SALE









SALE














SOLD OUT













SALE

SOLD OUT

Swole Team Six Embroidered Patch Morale Patch® Armory

Security Forces Badge Pin Pin Morale Patch® Armory

I Come, I Fuck Shit Up, I Leave. Embroidered Patch Morale Patch® Armory SWAT

American Flag With Marine Corps EGA Embroidered Patch Morale Patch® Armory Camo

SALE

Case: 1:20-cv-04776 Document #: 1-1 Filed: 08/14/20 Page 18 of 19 PageID #:30

SOLD OUT

SALE

SALE



← 1 2 3 4 5 ... 8 →

## QUICK LINKS

| | |
|---|---|
| About Us | Privacy Statement |
| Help Center | Terms of Service |
| Shipping Options | Fair Use Policy/DMCA |
| Order Status | Sitemap |
| Refund Policy | |

## CONTACT US

333 East 10th Street

Dubuque, IA 52001
contact@moralepatcharmory.com

## SIGN UP TO OUR MAILING LIST

[Your email]  **JOIN**

## CONNECT WITH US

         

