# Exhibit 1 Defaulting Defendants

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 3 | 1beasone | 1beasone | aaronzstore@outlook.com |
| 5 | 2after1 | 2after1 | eb.zzinkingred@gmail.com |
| 10 | 8electronicsfr | 8electronicsfr | e8electronicsfr@outlook.com |
| 12 | affordablerality | affordablerality | vilmantas.zagreckas@gmail.com |
| 15 | annashop | annashop | annatba10@gmail.com |
| 23 | battle.drop.boat | battle.drop.boat | fei.corp.staff@gmail.com |
| 26 | bkkto407 | bkkto407 | kennnyy157@yahoo.com |
| 30 | brookebaileyfitness | bdsc-blackdiamondsocialclub | blackdiamondsocialclub@gmail.com |
| 31 | btcoinsmilitaria | btcoinsmilitaria | bjaycarver5@att.net |
| 32 | buckup-tactical | buckup-tactical | buckuptactical@gmail.com |
| 37 | cherrydanielm31 | cherrydanielm31 | cherrydaniel31@gmail.com |
| 39 | coldwar_p | coldwar_p | coldwarpatches@gmail.com |
| 42 | Ctarmory | Ctarmory | dezski24@yahoo.com |
| 43 | curt7276 | curt7276 | stiau72@gmail.com |
| 46 | davxi-6003 | davxi-6003 | dgawwegnm1616@yeah.net |
| 50 | dodgers_ru | dodgers_ru | sukadodgers@yandex.ru |
| 52 | dzezi32 | dzezi32 | sassypaur@gmail.com |
| 53 | ellen415sf | ellen415sf | ellen.curry@gmail.com |
| 57 | fast_service_designs | fast_service_designs | fastservicedesigns@gmail.com |
| 61 | geo_135 | geo_135 | gertrudecox1995@gmail.com |
| 62 | guerilla_patch | guerilla_patch | handoko051277@gmail.com |
| 63 | Guzsansl | Guzsansl | pacoguzmanshop@gmail.com |
| 65 | homegadgets-uk | homegadgets-uk | billysin6588@gmail.com |
| 74 | Jocsh | Jocsh | johncushing73@gmail.com |
| 79 | Joydodochang | joydodochang | melissa-yao@hotmail.com |
| 81 | keepshooting-btparms | keepshooting-btparms | email@btparms.com |
| 82 | khorru2 | khorru2 | info@otlei.ru |
| 89 | kubaoleilei1118 | kubaoleilei1118 | kubaoleilei@sina.com |
| 90 | kubaonono1020 | kubaonono1020 | kubao2012@gmail.com |
| 91 | Lazybrothers | Lazybrothers | s7aven@gmail.com |
| 95 | mackipaki-shop | mackipaki-shop | macki.paki@ya.ru |
| 96 | Majorpatchinc | majorpatchinc | majorpatchllc@gmail.com |
| 100 | meixuiprus8789456 | meixuiprus8789456 | wm9966aa@163.com |
| 103 | milindri_17 | milindri_17 | josebz765@gmail.com |
| 104 | Militarypatch | militarypatch | patchpad@earthlink.net |
| 106 | Miltacusa | Miltacusa | mtmc711@yahoo.com |
| 112 | Nikkznakkz | Nikkznakkz | nikkznakkz@hotmail.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 113 | noci-85 | noci-85 | normacikin@att.net |
| 115 | nonoking03 | nonoking03 | 50684766@qq.com |
| 117 | Oficrless | Oficrless | depless@aol.com |
| 118 | Onetigris | Onetigris | ali-onetigris@hotmail.com |
| 121 | partydress-miss | partydress-miss | qingson@sohu.com |
| 123 | patchlexpatches | patchlexpatches | niklas@niklex.com |
| 124 | Patchpad | Patchpad | ponbert@earthlink.net |
| 125 | Patchsquad | Patchsquad | maralj88@yahoo.com |
| 132 | pyro2199 | pyro2199 | transfusionrec@yahoo.com |
| 133 | Raritetussr | raritetussr | ukrpatch@yahoo.com |
| 140 | savingstorichesandmore | savingstorichesandmore | birdfun@live.ca |
| 142 | shopgungoddess | shopgungoddess | athena@gungoddess.com |
| 143 | shopitemsnack07 | shopitemsnack07 | naruedol.nack@gmail.com |
| 145 | slyor_store | slyor_store | sharonaviv8@gmail.com |
| 146 | sowesmile4 | sowesmile4 | poerg1873kfsrjkfj@163.com |
| 150 | Superstarscjm | superstarscjm | cjmking01@sina.com |
| 151 | Superstarslxl | superstarslxl | lxlking01@sina.com |
| 152 | Supertobuy | supertobuy | ebay@supertobuy.com |
| 154 | tac-junction | tac-junction | etopgear@gmail.com |
| 156 | tacticalfreaky-usa | tacticalfreaky-usa | tactical.freaky2@gmail.com |
| 160 | Tfpatches | Tfpatches | dkpatches@yahoo.com |
| 167 | Timipatch | timipatch | timi9925@163.com |
| 169 | Tinderv | Tinderv | sonyawhite10@att.net |
| 170 | titan_strategic | titan_strategic | titanstrategicgroup@gmail.com |
| 175 | topmarket18 | topmarket18 | yidoudashi@sohu.com |
| 183 | vigorous1234 | vigorous1234 | gqvietstud@yahoo.com |
| 184 | warehousedeals365 | warehousedeals365 | warehousedeals202@pymail.io |
| 187 | weyshb889916 | weyshb889916 | weyb20122@163.com |
| 188 | xunqian2018 | xunqian2018 | 2512347232@qq.com |
| 189 | zmcvnn88 | zmcvnn88 | zmnn19752@163.com |
| 190 | Luckyteam | 58246027dd5a13704e075938 | 15016533871@163.com |
| 191 | YTH-yth | 5dce8106210e140cc0b5dd7d | shiluo795@163.com |
| 192 | santa_kiss | 5897c9f9e6c95050076542ab | christ2005_6@sina.com |
| 193 | Alina_M | 57871d114d66927e2465fd5c | stephencheng2018@outlook.com |
| 194 | Taiqiduxing | 5dc7c29c29e7863081051add | d22mtefsq@163.com |
| 195 | Shenzhenshijiaxinshengkejiyouxiangongsi | 55f14b6afef0974279646dab | jiaxingshengzhangjie@outlook.com |
| 196 | Tangmelody | 5a65ffc463aa6d0f319e4504 | 3320525503@qq.com |
| 197 | Enjoyable365 | 59e71c1c9aee091450eca5be | 18165736492@163.com |
| 198 | Aokeye | 5d5be11640defd7560571ae3 | ddkeip@163.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 199 | DotorBlind | 58ce94ee233c1750a44cb9b7 | 9309491@qq.com |
| 200 | INCOOL | 547732063dabbe37a957c41a | bestcycle@hotmail.com |
| 201 | Bei Na | 5d5bc355560eca38f5841abb | 1660524707@qq.com |
| 203 | 555 | 5376dbb77360460359f403ba | dong_yan1305@live.com |
| 204 | Wang's Flagship Store | 57fe38da0fb8e34186a802eb | 1531232877@qq.com |
| 205 | Bensonas | 577ccb24aa688d74b2f20bb6 | 15567770839@163.com |
| 206 | Accessible | 58aa9d0a87f0ff50f343aa93 | zengnx1963@163.com |
| 207 | Liaofashion | 585ce7fb0b37cd52a56b2052 | liaofashion@outlook.com |
| 208 | Cenozoic Era | 570357ebd4e6b658bd459e8b | chen3517@163.com |
| 209 | Careforyou04 | 59145471dd247530fa5939fb | ya05300530@163.com |
| 210 | Fujianjunyuemaoyiyouxiangongsi | 560761e446e339405e6dcfa4 | 993505387@qq.com |
| 211 | Ecoolbuy02 | 58d8fe44c430d85354ec1790 | ya07290729@163.com |
| 212 | PowerMup | 59e7f8e20a332a5f879688a0 | wish@mtgoyf.com |
| 213 | YvonneC | 5a1e74bf028bbd54f7d7267c | youxing1993@163.com |
| 215 | Hao You | 590bfb00a16c5425f6110f23 | checknow0830@qq.com |
| 216 | Lulu123 | 59267e448d8df1100efdd7a7 | 2799653658@qq.com |
| 217 | Hongzhicheng | 58469db415b9d76933803484 | yangchengchde@outlook.com |
| 218 | OKEX | 5d43eb024c78556e0be59aac | 115936978618@163.com |
| 220 | fjnlyouth0105 | 5a0f974a7dee4a18f4536807 | 3249971470@qq.com |
| 221 | lucky895 | 5a66ab812023106d037b08d7 | 3307068079@qq.com |
| 222 | fjnlyouth0104 | 5a0f91dbdc7a9130d4a9195a | 3261470585@qq.com |
| 223 | long direct | 5bb0df3058f3225566f41dee | longbetter@hotmail.com |
| 224 | Wangyangkai | 5ab0f7742fbbdc5b1a6bae92 | lemonsqueezer@163.com |
| 225 | angelayangyang | 54b3d01c28565a271f142428 | reebowgear08@yahoo.com |
| 226 | ALMm | 596ac73a6d138f626fcc2aae | youlikeou@126.com |
| 227 | Fashionpark365 | 57d22ef221d6514e300fe105 | m15802608092@163.com |
| 228 | Shhssvv | 580f3c8cbb227259f2b95e75 | zhj_wish@126.com |
| 229 | Merhua Fangyi | 5b61396e9f66b23948c48f5c | sonofmartinwang@outlook.com |
| 230 | CocoCocoCoco | 5d050ec89c7c4a7f8ef5587c | c13175085625@163.com |
| 231 | MELIFE | 53c502b2ff4d6d4ecaea5b29 | 2851251093@qq.com |
| 232 | The Silk Road | 565117c76c0dc4127a4ed09b | 1362604630@qq.com |
| 233 | Sweety Box | 53e8c4e64497c57e360ab4aa | justdoit7878@163.com |
| 234 | Lucky Plaza | 5853f767fef4095eece07985 | 907543651@qq.com |
| 235 | REEBOW GEAR | 545b8aa93dabbe5d31716f85 | alexyangrb@gmail.com |
| 236 | Seesongogo | 57b5705c44ca777f9adde71d | seesongogo@163.com |
| 238 | NONSTOP | 53be812ed9113970dd257542 | 3004255043@qq.com |
| 239 | Loverlyer | 5344b510bb72c56198ccd4c5 | loverlyer123@126.com |
| 240 | fashion for all | 54e354f97851095ed0db25f2 | yecaihua001@126.com |
| 242 | sexy lingerie | 53489e63bb72c51a93dd0f04 | sexylingerie@thselling.com |
| 243 | miladymartinez | 5c388180baf1392667b3fbd9 | myosotislzhk@zoho.com |
| 244 | Bart Michelle 2019 | 5dd2c165d5c4b903aaa6f7bb | wi3my2019@zohomail.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 245 | Excellen Future | 57c6a553787ffe6ddecb8a7b | 1992123946@qq.com |
| 246 | multiball store | 5808ab391c9d44327b449e1c | afprain@hotmail.com |
| 247 | Wisdom-offer | 568b347face9c7269eed715a | br85808579jiarenx@126.com |
| 248 | chinatera limited | 5346e2f6796f681164bf9f9b | liuhuilinfa@163.com |
| 249 | LYP's Store | 56cbf92708b5e01387d1cc79 | dragon1yp@163.com |
| 250 | LuoQiang | 58bd2a4627a92e5056bd2092 | wowwowwow0830@qq.com |
| 251 | World Adventure | 580d7df1732c21197e2a534c | af07967665439@163.com |
| 252 | C C fashion | 53594b8fb9ee8425ffba0087 | 294477860@qq.com |
| 253 | Angus Hao | 58e77cf2edf5ad104f26812b | violawang124@gmail.com |
| 254 | Chiccollector | 56172d8a1ef2a00da569294a | wt_wish@126.com |
| 255 | hot forest | 56cd95d61e15ff78c21df171 | ybfqhe@hotmail.com |
| 256 | Anijia | 5d5950304dd91b0a316a577a | dukeluo@163.com |
| 257 | Shenzhenmanmanrimaokejiyouxiangongsi | 55c2b0133a698c5d446c1f9a | mmrm_wish@126.com |
| 258 | fangyitong2017 | 5843e11015ac504e5191ab30 | 316259230@qq.com |
| 259 | Nicenachan | 58bea2b35cbb31531729c262 | nicenachan@outlook.com |
| 260 | YOU XIAN XIAO PU | 59367e8623be9432a462190f | 479303863@qq.com |
| 262 | Rose's shop | 58345a0c728de65134683bf9 | 3560519104@qq.com |
| 263 | xingye_zh | 5b137403d1c3603e85fc6b5f | 3147857286@qq.com |
| 264 | wsongLtd | 567155b4ec6de226c3bbea0c | 2155691687@qq.com |
| 265 | Typhoon | 58a585d13a8c36510ee685df | 495309405@qq.com |
| 266 | xuyunyong11052 | 5a65fd0fdb0e42230212edce | 437093925@qq.com |
| 267 | Bigangbeauty | 57c65cdf6d5f2d1c7269fc77 | 596595746@qq.com |
| 268 | qiboyidadianzishangwu | 57cbffe978f9cb0ca8cfe608 | weyb2012@163.com |
| 269 | Loyalty to foreign trade | 593009e5ad56b252b6641c0f | jihuaonce@163.com |
| 270 | Eblueskyx | 59d978d8dd03297bbf857eb7 | eblueskyx@hotmail.com |
| 271 | Gaoxiamo | 5947ca4ec25081089149579d | waterpoolsouth@outlook.com |
| 272 | Shanhuhai | 596082afdba4dc579a5c1b64 | fjssdasd1311@163.com |
| 273 | toyato8866 | 543ce65a01c0c00a48532a5c | xiaomaque12341@126.com |
| 274 | Shing lung foreign trade | 58b6be58cb842135d8220e8b | zmnn1975@163.com |
| 275 | Junecrab | 5accad6b40626a5527d9f11e | 648433721@qq.com |
| 276 | Holala | 550799ae04136a46f0451a3f | sshywish@126.com |
| 277 | Damond | 5343bd3b736046425600304c | mmxiaojun123@126.com |
| 278 | happy clan | 5642174a906c9c12737e6c80 | 465441985@qq.com |
| 279 | TeQuiero | 5b9332031d46771b3ea1d585 | mfzeng1975@163.com |
| 280 | nichongfengsheng | 5aa23aceddf45b35a7a4cdad | lutter6191@outlook.com |
| 281 | Easy_Nest | 55cacb4c5415421011d96c28 | loveandreal@aliyun.com |